IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JAMES D. HEMENWAY AND DANA A. HEMENWAY, | 3:11-CV-283-HU |
| Plaintiffs, | ORDER |
| v. | |
| WELLS FARGO, N.A., a federal bank; and FEDERAL HOME LOAN MORTGAGE CORPORATION, a federal chartered corporation, | |
| Defendants. | |

**BENJAMIN D. KNAUPP**
Benjamin D. Knaupp, PC
254 N. First Avenue
Hillsboro, OR 97124
(503) 846-0707

    Attorney for Plaintiffs

1 - ORDER

**ROBERT E. SABIDO**
**MICHAEL J. MANGAN**
Cosgrave Vergeer Kester, LLP
888 S.W. Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000

       Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#42) on January 9, 2012, in which he recommends this Court grant Defendants'[1] Motion (#19) for Summary Judgment as to each of Plaintiffs' claims for quiet title and breach of the duty of good faith and fair dealing.

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)(rev'd on other grounds). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

### CONCLUSION

    The Court **ADOPTS** Magistrate Judge Hubel's Findings and

---

[1] On February 6, 2012, the parties stipulated to the dismissal with prejudice of Plaintiff' claims against Defendant Federal Home Loan Mortgage Corporation; thus, the Findings and Recommendation is now only pertinent to Defendant Wells Fargo.

2 - ORDER

Recommendation (#42). Accordingly, the Court **GRANTS** Defendants' Motion (#19) for Summary Judgment as to each of Plaintiffs' claims.

    IT IS SO ORDERED.

    DATED this 14th day of February, 2012.

                                    /s/ Anna J. Brown

                                    ANNA J. BROWN
                                    United States District Judge